SIEGMUND, Respondent, v. HAMATI et al., Appellants. (Supreme Court, Appellate

Division, Second Department. October 8, 1909.) Action by Jacob Siegmund against Beshara Hamati and others. No opinion. Motion dismissed, with costs, on the ground that timely notice was not given.